**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Linda Lou Owens-Whitfield                         CASE NO.:
Last Four Digits of SS#:

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $936.35 __ for months __1__ to __60__; in order to pay the following creditors:

Administrative:    Attorney's Fee and Costs - $3,500.00 (Base Chapter 13 Fee)
                                 $ 775.00 (fee for Motion to Value Seterus Inc.)
                                 $ 775.00 (fee for Motion to Value Majestic Gardens Condo)
                                 $ 525.00 (fee for Motion to Value Rapid Auto Loans, LLC)
Total Attorney's Fees -   $5,575.00
Amount Paid-(Pre-petition) ($1,000.00)
Balance Due Though Plan  $4,575.00  payable $86.25/month (Months _1_ to _5_)
                                          payable $75.34/month (Months _6_ to _60_)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Majestic Gardens Condo F Assoc.    Regular Payment  $210.00/month (Months __1__ to __60__)
Address: c/o MG Property Management
        3049 North Federal Hwy.
        Fort Lauderdale, FL 33306
Account No: 5565

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Seterus Inc. (account no.: 8062) | 4042 NW 19 St., #203 Lauderhill, FL 33313 $25,030.00 | 5.5% | $478.10 | 1 To 60 | $28,686.00 |
| Majestic Gardens Condominium F Assoc. (account no.: 5565) | 4042 NW 19 St., #203 Lauderhill, FL 33313 $25,030.00 | 0.00% | $0.00 | 1 To 60 | $0.00 |
| Rapid Auto Loans, LLC (account no.: 9645) | 2007 Toyota Avalon $4,025.00 | 5.5% | $76.88 | 1 To 60 | $4,612.80 |

Priority Creditors: [as defined in 11 U.S.C. §507]: NONE

1. _____             Total Due $_____

Unsecured Creditors: Pay $0.00/month (Months __1__ to _5_)
                     Pay $10.91/month (Months _6_ to _60_)
rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The Debtor will pay the first mortgage payment to Select Portfolio Servicing on the real property located at 3210 NW 4 St. Fort Lauderdale, FL 33311 direct outside of the Plan. The Debtor is only on title to this property. She is not an obligor on the note and mortgage.

LF-31(rev. 1/08/10)

2. In the event the Debtor recovers any non-exempt proceeds from a workers compensation claim against the University Of Miami, those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: *[signature: Linda Ray Owens Whitfield]*
Linda Lou Owens-Whitfield

Date: 1/30/17

LF-31(rev. 1/08/10)