UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                           CASE NO. 17-11160-BKC-JKO
                                                 CHAPTER 13
LINDA LOU OWENS-WHITFIELD
_____/

## DEBTOR'S MOTION TO MODIFY PLAN AND CONFIRM MODIFIED PLAN

COMES NOW the Debtor, LINDA LOU OWENS-WHITFIELD, by and through her undersigned attorney, and herein moves this court to confirm the Fourth Modified Chapter 13 Plan and would state:

1. The Debtor seeks to modify her plan to account for the arrearages reflected in the Notice of Delinquency filed by the Trustee on June 12, 2019

2. The Debtor became delinquent in her payments under the Plan due to the fact that one of her tenants vacated the rental property and she it took her two (2) months to secure a new tenant.

3. No creditor would be prejudiced in that the Debtor has paid $18,378.56 into the plan as of July 15, 2019 and is now current under the Fourth Modified Chapter 13 Plan attached hereto.

4. The Debtor agreed to pay the undersigned attorney the sum of $525.00 for this motion.

WHEREFORE, the Debtor prays that this court grant the relief requested based upon the aforementioned grounds.

Dated: July 15, 2019                    LAW OFFICES OF MICHAEL H. JOHNSON
                                        Attorneys for Debtor(s)
                                        3601 W. Commercial Blvd., Suite 31
                                        Ft. Lauderdale, FL  33309
                                        (954) 535-1131

                                        By: /s/ Michael H. Johnson
                                            Michael H. Johnson
                                            Florida Bar No. 0149543

                                        I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).