**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:                                                                    CASE NO. 17-11160-BKC-PDR
                                                                              CHAPTER 13
LINDA LOU OWENS-WHITFIELD
_____/

### DEBTOR'S OBJECTION TO NOTICE OF POST PETITION MORTGAGE FEES
### [FILED October 29, 2021]

**COMES NOW** the Debtor, Linda Lou Owens-Whitfield, through undersigned counsel, and objects to the Notice of Post Petition Mortgage Fees filed by U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust and in support thereof states as follows:

1. On January 30, 2017 the Debtor filed a voluntary petition for relief under Chapter 13 of Title 11, United States Code.

2. The Debtor's Third Amended Chapter 13 plan was confirmed on October 23, 2017 (DE 74).

3. The creditor, U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust c/o SN Servicing Corporation, the first mortgage holder on the real property located at 4042 NW 19th St., Apt. F203, Lauderhill, FL 33313 is being paid direct and outside of the Plan. The Debtor is up to date and current on the payments.

4. On October 29, 2021 the creditor filed a Notice of Post petition Mortgage fees, expenses, and charges asserting fees of $371.42 for non-escrow insurance advances for flood insurance.

5. The Debtor asserts that this property is not in a flood zone and as such, does not require flood insurance.

6. The fee of $371.42 for non-escrow insurance advances for flood insurance should be disallowed and removed from the Debtor's mortgage balance.

WHEREFORE, the Debtor prays that the Court grants this Objection to the Post Petition fee charges of $371.42 for non-escrow insurance advances for flood insurance, and such other and further relief as the Court may deem just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

LF-70 (rev. 12/01/09)

Dated: <u>November 7, 2021</u>

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
3601 W. Commercial Blvd., Suite 31
Ft. Lauderdale, FL 33309
(954) 535-1131

By: <u>/s/ Michael H. Johnson</u>
    Michael H. Johnson
    Florida Bar No. 0149543

LF-70 (rev. 12/01/09)