UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO. 17-11160-BKC-PDR
CHAPTER 13

LINDA LOU OWENS-WHITFIELD
_____/

### DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY
### EMERGENCY RELIEF REQUESTED

**BASIS FOR EXIGENCY**

**The closing is scheduled for October 31, 2022. The next self-calendar date is November 7, 2022. To set this for the next calendar would not allow the Debtor to close by the scheduled date of October 31, 2022.**

COMES NOW, the Debtor, LINDA LOU OWENS-WHITFIELD a/k/a Linda L. Herrington, by and through the undersigned attorney and files this Motion to Approve Sale of Real Property and states as follows:

1. On January 30, 2017 the Debtor filed a Petition for Relief under Chapter 13 of the Bankruptcy Code.

2. The Debtor listed the real property located at 4042 NW 19 St., #203, Lauderhill, FL 33313 in her bankruptcy schedules.

3. This property is not the Debtor's homestead property.

4. The Debtor is seeking permission to sell the property located at 4042 NW 19 St., #203, Lauderhill, FL 33313.

5. The Debtor believes that it is in her best interest to sell the real property legally described as:

> Lot 8, in Block 1, of BROWARD MANOR, according to the map or plat thereof, as recorded in Plat Book 33, Page 16, of the Public Records of Broward County, Florida.

6. The Debtor entered into a contract for sale of the above-referenced real property (Please see Contract for Sale and Purchase attached hereto as **Exhibit "A"**).

7. The sale is scheduled to close on or before October 31, 2022.

8. The Debtor will be paying off SN Servicing Corporation at closing. (Please see letter from SN Servicing Corporation disclosing payoff figure attached hereto as **Exhibit "B"**).

9. The Debtor will also be paying off Majestic Gardens Condominium F Association any arrears owing at closing, along with any other secured creditors regarding this property.

10. The Debtor agreed to pay the undersigned attorney the sum of $525.00 for this motion.

11. No creditor would be prejudiced by the proposed relief requested herein.

WHEREFORE, the Debtor respectfully prays that this Court enter an Order allowing the Debtor to sell her real property located at 4042 NW 19 St., #203, Lauderhill, FL 33313 and any such other relief as this Court deems just and proper.

Dated: September 21, 2022

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
3601 W. Commercial Blvd, Ste 31
Ft. Lauderdale, FL  33309
(954) 535-1131

By: /s/ Michael H. Johnson
    Michael H. Johnson
    Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN  LOCAL RULE 2090-1(A).